[No. 13347-8-III.     Division Three.    April 25, 1995.]

ROBERT D. NOBLE, *Appellant*, v. SHERRY NICK,
*Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-2-04541-5, Harold D. Clarke, J., entered May 25, 1993. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.

[No. 13766-0-III.     Division Three.    April 27, 1995.]

*In the Matter of the Estate of*
LUELLA E. HERRINGTON.

ESTATE OF LUELLA E. HERRINGTON, *Respondent*, v. THE
CITY OF OMAK, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 93-4-00024-2, John G. Burchard, Jr., J., entered December 7, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Munson, J.

[Nos. 32156-1-I; 32157-9-I;   Division One.   May 1, 1995.]
    32158-7-I.

*In the Matter of the Welfare of* J.O., ET AL.

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE
OLDHAM, *Appellant*.

Appeals from judgments of the Superior Court for Snohomish County, Nos. 92-7-00221-0, 92-7-00222-8, 92-7-00223-6, John F. Wilson, J., entered December 23, 1992. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Coleman and Grosse, JJ.